UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS MICHAEL TRAVAGLI,<br><br>　　　　　Defendant. | Case No. 22-cr-00285-SK-1<br><br>**ORDER OF DISMISSAL** |

Leave is granted to the government to dismiss the information again THOMAS MICHAEL TRAVAGLI.

**IT IS SO ORDERED.**

Dated: February 16, 2023



SALLIE KIM
United States Magistrate Judge